

# Fourth Court of Appeals

San Antonio, Texas

August 26, 2020

No. 04-20-00396-CR

**EX PARTE TOMMIE CARTER**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5767A
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

The reporter's record was due on August 21, 2020.  Two days later, court reporter Blanca Espericueta filed a notice of late reporter's record.  The notice states Appellant has not paid the fee for preparing the reporter's record and Appellant is not entitled to a free record on appeal.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that the reporter's record has been requested and either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

If Appellant fails to respond as ordered, Appellant's brief will be due within THIRTY DAYS of the date of this order, and the court will only consider those issues or points raised in Appellant's brief that do not require a reporter's record for a decision.  *See* TEX. R. APP. P. 37.3(c).

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2020.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court